UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**Francisco Lopez**                                                                 Case No: **13-22884-RAM**
**Migdalia Lopez,**                                                                  Chapter **7**

_____Debtors_____/

*Ex Parte*
**MOTION CONDITIONALLY ALLOWING THE TRUSTEE TO CONDUCT THE 341
AND TO EXCUSE APPEARANCE AT THE 341 MEETING OF CREDITORS
Meeting of Creditors Held**

      **COMES NOW,** Francisco Lopez and Migdalia Lopez**,** by and through their undersigned attorney, hereby files their Ex Parte Motion Conditionally Allowing the Trustee to Conduct the 341 and to Excuse Appearance at the 341 Meeting of Creditors, and as grounds states as follows:

1. The Debtors filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in this Court on May 31, 2013.

2. The Section 341 Meeting of Creditors was fully conducted on October 11, 2013 at 8:15 a.m. before Drew M. Dillworth, Trustee, with only the Debtor Husband present.

3. The Trustee concluded the Meeting of Creditors pending an Order from the Court allowing the 341 to be conducted and excusing the Debtor Wife, Migdalia Lopez, from the Meeting of Creditors.

4. Joint Debtor Wife is currently in the hospital due to the fact that she has been diagnosed with terminal cancer. Thus she was physically unable to attend and be present at the 341 Meeting of Creditors.

5. However, the Joint Debtor Husband, Francisco Lopez, was able to appear on her behalf at the 341 Meeting of Creditors and testified on her behalf.

6. Debtor Husband has sufficient knowledge about Debtor Wife's financial situation to appear on her behalf.

7. There are no assets in the case to liquidate.

8. Undersigned counsel has spoken to the Trustee and he has no objection to the filing of this instant motion.

**WHEREFORE**, the Debtors respectfully request this Honorable Court to grant this Motion Conditionally Allowing the Trustee to Conduct the 341 and Excusing Joint Debtor from Appearing at the Section 341 Meeting of Creditors and grant any further relief this court deems proper under the circumstances.

### CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on Monday, October 14, 2013 via ECF to Drew M. Dillworth, Trustee and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
     Robert Sanchez, Esq., FBN#0442161

Bank of America
POB 45224
Jacksonville, FL 32232-5224

Blair
POB 659707
San Antonio, TX 78265-9707

Capital One
POB 71083
Charlotte, NC 28272-1083

Capital One
POB 71083
Charlotte, NC 28272-1083

Citibank
P.O. BOX 183016
Columbus, OH 43218-3016

Direct Charge
1112 7th Avenue
Monroe, WI 53566-1364

Fingerhut
POB 166
Newark, NJ 07101-0166

First Federal Credit Control
24700 Chagrin Blvd Ste 205
Cleveland, OH 44122

GECRB/Brandsmart
POB 960061
Orlando, FL 32896-0061

GECRB/Dillards
POB 103104
Roswell, GA 30076

GECRB/JC Penney
POB 103104
Roswell, GA 30076

Metlife Home Loans
1555 W Walnut Hill Lane
Suite 200
Irving, TX 75038

Pollack & Rosen, P.A.
800 Douglas Roas
Suite 450
Coral Gables, FL 33134

Regions Bank
Miami Coral Way
POB 1984
Birmingham, AL 35201

Sears
P.O. BOX 183081
Columbus, OH 43218-3081

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

The Home Depot
POB 182676
Columbus, OH 43218

Wal-Mart
POB 530927
Atlanta, GA 30353-0927

Wells Fargo National Bank
800 Walnut Street
Des Moines, IA 50309

West Kendall Baptist Hospital
POB 8308801
Miami, FL 33183-4437