

**ORDERED in the Southern District of Florida on October 18, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

**Francisco Lopez**                                         Case No: **13-22884-RAM**
**Migdalia Lopez,**                                         Chapter **7**
_____Debtors_____/

### ORDER CONDITIONALLY ALLOWING THE TRUSTEE TO CONDUCT THE 341 AND TO EXCUSE APPEARANCE AT THE 341 MEETING OF CREDITORS
### Meeting of Creditors Held

This matter was filed before the Court on Debtor's *Ex Parte* Motion Conditionally Allowing the Trustee to Conduct the 341 and to Excuse Appearance at the 341 Meeting of Creditors held on October 11, 2013 at 8:15 a.m. (ECF#___).  The court having reviewed said motion, and being fully advised hereby it is; ORDERED;

1. Debtors' Motion Conditionally Allowing the Trustee to Conduct the 341 and to Excuse Debtor Wife's Appearance at the 341 is GRANTED.

2. Any party who objects to the relief granted herein may file a written response to this order within 14 days of service and request a hearing on same.

###

Copies furnished to:
*Attorney Robert Sanchez  shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court*